IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANGELA D. WILSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:21-cv-2368-TSC |
| | : | |
| TRUIST BANK, *et al.*, | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, by counsel and with the signatures of counsel for Equifax Information Services, LLC, Experian Information Solutions, Inc., and Truist Bank, stipulates to the dismissal with prejudice of all claims in this matter under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court retains jurisdiction to enforce the settlement and the prior Orders in this case.

AND THIS CAUSE IS ENDED.

DATED: April 29, 2022          Respectfully submitted,

　　　　　　　　　　　　　　　　　　  */s/ Casey S. Nash*
　　　　　　　　　　　　　　　　　　Kristi C. Kelly, (D.C. Bar No. 974872)
　　　　　　　　　　　　　　　　　　Casey S. Nash, (D.C. Bar No. 1028868)
　　　　　　　　　　　　　　　　　　KELLY GUZZO, PLC
　　　　　　　　　　　　　　　　　　3925 Chain Bridge Road, Suite 202
　　　　　　　　　　　　　　　　　　Fairfax, VA 22030
　　　　　　　　　　　　　　　　　　Phone: (703) 424-7570
　　　　　　　　　　　　　　　　　　Fax: (703) 591-0167
　　　　　　　　　　　　　　　　　　Email: kkelly@kellyguzzo.com
　　　　　　　　　　　　　　　　　　Email: casey@kellyguzzo.com
　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　  */s/ Esther Slater McDonald*
　　　　　　　　　　　　　　　　　　Esther Slater McDonald
　　　　　　　　　　　　　　　　　　SEYFARTH SHAW LLP
　　　　　　　　　　　　　　　　　　1075 Peachtree Street, N.E., Suite 2500
　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30309-3958
　　　　　　　　　　　　　　　　　　Telephone: (404) 885-1500
　　　　　　　　　　　　　　　　　　Fax: (404) 892-7056
　　　　　　　　　　　　　　　　　　Email: EMcDonald@seyfarth.com
　　　　　　　　　　　　　　　　　　*Counsel for Equifax Information Services, LLC*

        */s/ Geoffrey S. Irwin*
Geoffrey S. Irwin (D.C. Bar No. 465754)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3768
Fax: (202) 626-1700
Email: gsirwin@jonesday.com
*Counsel for Experian Information Solutions, Inc.*

     /s/ *Lela M. Ames*
Lela M. Ames (D.C. Bar No. 976497)
WOMBLE BOND DICKINSON (US) LLP
2001 K Street, NW, Suite 400 South
Washington, DC 20006
Telephone: (202) 857-4427
Fax: (202) 261-0088
Email: lela.ames@wbd-us.com
*Counsel for Truist Bank*